CROWELL & MORING LLP
Emily T. Kuwahara (SBN 252411)
Email: EKuwahara@crowell.com
Sigourney R. Haylock (SBN 318195)
Email: SHaylock@crowell.com
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

CROWELL & MORING LLP
Gregory D. Call (SBN 120483)
Email: GCall@crowell.com
Gabriel M. Ramsey (SBN 209218)
Email: GRamsey@crowell.com
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

*Attorneys for Defendants*
MICHAEL E. JUNG, Ph.D., an individual
and CHARLES L. SAWYERS, M.D., an individual

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEGUI CHEN, Ph.D., an individual,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL E. JUNG, Ph. D., an individual and CHARLES L. SAWYERS, M.D., an individual,<br><br>Defendants. | Case No.   2:18-CV-02015-R-KS<br><br>**NOTICE OF ERRATA RE DECLARATION OF MICHAEL E. JUNG IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Honorable Manuel L. Real<br>Courtroom:  880 (8th Fl.)<br>       255 East Temple St.<br>       Los Angeles, CA 90012<br><br>Complaint Filed:  3/12/2018<br>Trial Set:      3/5/2019<br><br>Hearing Date:  2/19/2019<br>Hearing Time:  10:00 a.m. |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

NOTICE OF ERRATA TO
JUNG DECL. ISO DEFS MSJ
CASE NO. 2:18-CV-02015-R-KS

# NOTICE OF ERRATA

Defendants respectfully submit this errata to the Declaration of Michael E. Jung in support of Defendants' Motion for Summary Judgment, which was filed on January 22, 2019, at Docket No. 66.

During the filing process, the boxes indicating the lines of deposition testimony that are being cited were inadvertently removed from the PDFs in Docket Number 66-1. The corrected filing will add the boxes back to the PDFs.

Defendants are concurrently filing a corrected Declaration of Michael E. Jung in support of Defendants' Motion for Summary Judgment that corrects this error and makes no other changes.

Dated: January 23, 2019

CROWELL & MORING LLP

**_/s/ Emily T. Kuwahara_**
Emily T. Kuwahara
Gabriel M. Ramsey
*Attorneys for Defendants*
MICHAEL E. JUNG, Ph. D., an individual and CHARLES L. SAWYERS, M.D., an individual