Jennifer Adams (Cal. Bar No. 319347)
Shashank Upadhye (*pro hac vice*)
Joseph E. Cwik (*pro hac vice*)
Yixin H. Tang (*pro hac vice*)
Samuel J. Ruggio (*pro hac vice*)
AMIN TALATI UPADHYE, LLP
100 S. Wacker Dr., Suite 2000
Chicago, IL 60606
Tel: (312) 466-1033
Email: chenpatents@amintalati.com

Mark B. Brueggemann
Clinton & Clinton
100 Oceangate Boulevard
Suite 1400
Long Beach, California 90802
Email: mbb@clintonlaw.com

*Attorneys for Plaintiff*
*DEGUI CHEN, Ph.D.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DEGUI CHEN, Ph.D., an individual,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL E. JUNG, Ph.D., an individual and CHARLES L. SAWYERS, M.D., an individual,<br><br>Defendants. | Case No. 2:18-cv-02015-R-KS<br><br>**DECLARATION OF SAMUEL J. RUGGIO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: February 19, 2019<br>Time: 10:00 a.m.<br>Courtroom: 880 (8th Floor)<br>    255 East Temple St.,<br>    Los Angeles, CA 90012<br><br>Complaint Filed: March 12, 2018<br>Trial Date: March 5, 2019 |

No. 2:18-cv-2015-R-KS

DECLARATION OF SAMUEL J. RUGGIO

I, Samuel J. Ruggio, declares as follows;

1. I am an attorney at the law firm of Amin Talati Upadhye LLP, counsel for the Plaintiff Dr. Degui Chen, Ph.D. ("Dr. Chen").

2. I have personal knowledge of the following facts as set forth in this declaration and, if called as a witness, could and would competently testify thereto.

3. Attached as **Exhibit 1** is a true and correct copy of relevant excerpts of Dr. Chen's Laboratory Notebook No. 1 ("Charlie 3-31-03 to 7-18-04") bearing Bates nos. UC-CVJ00007618-8012.

4. Attached as **Exhibit 2** is a true and correct copy of relevant excerpts of Dr. Chen's Laboratory Notebook No. 2 ("RD7-RD133") bearing Bates nos. UC-CVJ00007514-7617.

5. Attached as **Exhibit 3** is a true and correct copy of relevant excerpts of Dr. Chen's Laboratory Notebook No. 3 ("7/7/04 – 9/9/05 CC") bearing Bates nos. UC-CVJ00006506-6531.

6. Attached as **Exhibit 4** is a true and correct copy of relevant excerpts of Dr. Jung's 2004 Calendar bearing Bates nos. UC-CVJ00000152-179.

7. Attached as **Exhibit 5** is a true and correct copy of a letter dated November 15, 2005 bearing Bates Nos. UC-CVJ00000139-143.

8. Attached as **Exhibit 6** is a true and correct copy of relevant excerpts of Dr. Ouk's Laboratory Notebook No. 4 bearing the Bates nos. UC-CVJ00000313-621.

9. Attached as **Exhibit 7** is a true and correct copy of a letter dated November 11, 2013 from Dr. Weisun Rao to Rita Hao.

10. Attached as **Exhibit 8** is a true and correct copy of an email dated November 13, 2013 from Dr. Chen with Dr. Ouk and Dr. Rao copied, with the subject line "Aragon Asset, US Patent No. 8,445,507 Inventorship" bearing the Bates nos. OUK-CVJ000000150.

//

11. Attached as **Exhibit 9** is a true and correct copy of a document listing "Potential Antagonist and Agonist Nuclear Receptor Ligands" detailing RD1-RD163 bearing the Bates nos. OUK-CVJ00000645-66.

12. Attached as **Exhibit 10** is a true and correct copy of a document containing numerous emails between Dr. Ouk and Dr. Chen bearing the Bates nos. CC-00016854-6.

13. Attached as **Exhibit 11** is a true and correct copy of the A51/A52 Invention Report bearing the Bates nos. UC-CVJ00031779-82.

14. Attached as **Exhibit 12** is a true and correct copy of relevant excerpts of Dr. Ouk's Laboratory Notebook No. 5 bearing the Bates nos. UC-CVJ00000622-932.

15. Attached as **Exhibit 13** is a true and correct copy of a Nuclear Magnetic Resonance Spectra. This document has been marked as Exhibit 14 to the Deposition of Dr. Ouk.

16. Attached as **Exhibit 14** is a true and correct copy of biological testing assay results dated February 15, 2005.

17. Attached as **Exhibit 15** is a true and correct copy of biological testing assay results, which was natively produced, bearing the Bates nos. CC-00016748.

18. Attached as **Exhibit 16** is a true and correct copy of biological testing assay results, which was natively produced, bearing the Bates nos. CC-00016749.

19. Attached as **Exhibit 17** is a true and correct copy of an email chain between Dr. Ouk and David Hung, dated June 22, 2005, bearing the Bates nos. UC-CVJ00009932-9.

20. Attached as **Exhibit 18** is a true and correct copy of a letter dated October 27, 2005 bearing the Bates nos. OUK-CVJ00000001-2.

21. Attached as **Exhibit 19** is a true and correct copy of biological testing assay results, "RD123-RD140," which was produced natively.

22. Attached as **Exhibit 20** is a true and correct copy of biological testing

assay results, "RD"143-158," which was produced natively.

23. Attached as **Exhibit 21** is a true and correct copy of biological testing assay results, "L1AR reporter 7-13-05," which was produced natively.

24. Attached as **Exhibit 22** is a true and correct copy of an email dated July 30, 2005 bearing the Bates nos. UC-CVJ00009180-1.

25. Attached as **Exhibit 23** is a true and correct copy of a letter from Ms. Simpson from UCLA dated October 6, 2006, bearing the Bates nos. CC-00015143.

26. Attached as **Exhibit 24** is a true and correct copy of an email dated November 5, 2005, bearing the Bates nos. UC-CVJ00000194-7.

27. Attached as **Exhibit 25** is a true and correct copy of an email dated December 15, 2005, bearing the Bates nos. UC-CVJ00001589.

28. Attached as **Exhibit 26** is a true and correct copy of relevant excerpts from the Deposition of Charles L. Sawyers, M.D., taken in this action on December 11, 2018.

29. Attached as **Exhibit 27** is a true and correct copy of relevant excerpts from the Deposition of Samedy Ouk, Ph.D., taken in the action of *Medivation, Inc. v. Regents et al.* (CGC-11-510715), on May 14, 2012.

30. Attached as **Exhibit 28** is a true and correct copy of relevant excerpts from the Trial Transcript of Michael E. Jung, Ph.D., taken in the action of *Medivation, Inc. v. Regents et al.* (CGC-11-510715), on October 31, 2013.

31. Attached as **Exhibit 29** is a true and correct copy of relevant excerpts from the Deposition of Samedy Ouk, Ph.D., taken in this action on November 13, 2018.

32. Attached as **Exhibit 30** is a true and correct copy of relevant excerpts from the Deposition of Degui Chen, Ph.D., taken in this action on December 12, 2018.

33. Attached as **Exhibit 31** is a true and correct copy of relevant excerpts from the Deposition of Samedy Ouk, Ph.D., taken in the action of *Medivation, Inc.*

*v. Regents et al.* (CGC-11-510715), on May 15, 2012.

34. Attached as **Exhibit 32** is a true and correct copy of relevant excerpts from the Deposition of Christopher Tran, taken in this action on December 14, 2018.

35. Attached as **Exhibit 33** is true and correct copy of a Grant Application Report, dated July 18, 2001.

36. Attached as **Exhibit 34** is a true and correct copy of a "University of California, Los Angeles Award Synopsis," dated Feb. 20, 2004, bearing the Bates nos. CC-00010789.

37. Attached as **Exhibit 35** is a true and correct copy of a letter dated September 8, 2005, bearing the Bates nos. CC-0004410.

38. Attached as **Exhibit 36** is a true and correct copy of relevant excerpts from the Deposition of Michael E. Jung, Ph.D., taken in this action on January 4, 2019.

39. Attached as **Exhibit 37** is a true and correct copy of the Plaintiff's Responses and Objections to the Defendants' First set of Interrogatories (Nos. 1-12) dated November 9, 2018.

40. Attached as **Exhibit 38** is a true and correct copy of biological testing assay results, "LN-AR (100 pM R1881) PSA 10-27-04," which was produced natively.

41. Attached as **Exhibit 39** is a true and correct copy of biological testing assay results, "LN-AR MTS 1-12-05," which was produced natively.

42. Attached as **Exhibit 40** is a true and correct copy of a Research Agreement by and between the University of California and Medivation, dated August 12, 2005, bearing the Bates nos. UC-CVJ00010591-603.

43. Attached as **Exhibit 41** is a true and correct copy of Tran et al., *Development of a Second-Generation Antiandrogen for Treatment of Advanced Prostate Cancer*, SCIENCE 324(598), 787-790, (2009).

44. Attached as **Exhibit 42** is a true and correct copy of Chen et al., *Molecular Determinants of Resistance to Antiandrogen Therapy*, NATURE MED. 10(1) 33-39 (2004).

45. Attached as **Exhibit 43** is a true and correct copy of a document titled "Biographic Sketch" for "Charlie D. Chen."

46. Attached as **Exhibit 44** is a true and correct copy of relevant excerpts from the Deposition of Charles L. Sawyers, M.D., taken in this action on January 12, 2019.

47. Attached as **Exhibit 45** is a true and correct copy of relevant excerpts from the Deposition of John Wongvipat, taken in this action on December 20, 2018.

48. Attached as **Exhibit 46** is a true and correct copy of a "Chancellor's Award for Postdoctoral Research" "For Exception Accomplishments in Research" dated 2003.

49. Attached as **Exhibit 47** is a true and correct copy of relevant excerpts from the Deposition of Michael E. Jung, Ph.D., taken in the action of *Medivation, Inc. v. Regents et al.* (CGC-11-510715), dated July 23, 24, and/or 25, 2012, bearing the Bates nos. UC-CVJ00011510-11248.

50. Attached as **Exhibit 48** is a true and correct copy of an email dated November 6, 2005 between Dr. Ouk and Dr. Sawyers, bearing the Bates nos. UC-CVJ00000135-6.

51. Attached as **Exhibit 49** is a true and correct copy of an email dated August 23, 2013, between Dr. Ouk and Mr. Wongvipat, bearing the Bates nos. OUK-CVJ00000202.

52. Attached as **Exhibit 50** is a true and correct copy of an email dated December 13, 2017 between Mr. Wongvipat and Dr. Ouk, bearing the Bates nos. OUK-CVJ00000681-6.

53. Attached as **Exhibit 51** is a true and correct copy of excerpts of U.S. Patent Application Publication No. US 2004/0077605 A1, dated Apr. 22, 2004

("Salvati").

54. Attached as **Exhibit 52** is a true and correct copy of the Defendants' Responses to Plaintiff's First Set of Requests for Admissions dated December 31, 2018.

55. Attached as **Exhibit 53** is a true and correct copy of an email chain between Dr. Ouk and Dr. Jung, dated Jan 13, 2008, bearing the Bates nos. UC00042665-6.

56. Attached as **Exhibit 54** is a true and correct copy of an email chain between Dr. Sawyers and David Hung, dated September 30, 2005, bearing the Bates nos. UC-CVJ00010074-5.

57. Attached as **Exhibit 55** is a true and correct copy of an email chain between Dr. Sawyers and Dr. Jung, dated October 16, 2007, bearing the Bates nos. UC-CVJ00009820-7.

58. Attached as **Exhibit 56** is a true and correct copy of an email chain between Dr. Chen, Dr. Ouk, and Dr. Rao, dated November 7, 2013. This document has been marked as Exhibit 8 to the Deposition of Samedy Ouk, Ph.D.

59. Attached as **Exhibit 57** is a true and correct copy of an email between Dr. Jung and Dr. Ouk, dated November 14, 2005, bearing the Bates nos. UC-CVJ00001597.

60. Attached as **Exhibit 58** is a true and correct copy of an email between Dr. Ouk, Mr. Christopher Tran, and Mr. Wongvipat, dated March 15, 2016, bearing the Bates nos. OUK-CVJ00000711-2.

61. Attached as **Exhibit 59** is a true and correct copy of an email between Dr. Sawyers, Dr. Jung, and Ms. Emily Loughran, dated February 2, 2014, bearing the Bates nos. UC-CVJ00022685-6.

I declare under penalty of perjury of the laws of the United States that the statements in this declaration are true and correct to the best of my knowledge.

Dated: January 29, 2019      /s/Samuel J. Ruggio
                              Samuel J. Ruggio, Esq.