Jennifer Adams (Cal. Bar No. 319347)
Shashank Upadhye (*pro hac vice*)
Joseph E. Cwik (*pro hac vice*)
Yixin H. Tang (*pro hac vice*)
Samuel J. Ruggio (*pro hac vice*)
AMIN TALATI UPADHYE, LLP
100 S. Wacker Dr., Suite 2000
Chicago, IL 60606
Tel: (312) 466-1033
Email: chenpatents@amintalati.com

Gregory A. Ellis (Cal. Bar No. 204478)
SCHEPER KIM & HARRIS LLP
601 W. Fifth St., 12th Fl.
Los Angeles, CA 90071-2025
gellis@scheperkim.com

*Attorneys for Plaintiff*
*DEGUI CHEN, Ph.D.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DEGUI CHEN, Ph.D., an individual,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL E. JUNG, Ph.D., an individual and CHARLES L. SAWYERS, M.D., an individual,<br><br>Defendants. | Case No.  2:18-cv-02015-R-KS<br><br>**NOTICE OF ERRATA**<br><br>Date:  July 1, 2019<br>Time: 10:00 a.m.<br>Courtroom:  880 (8th Floor)<br>  255 East Temple St.,<br>  Los Angeles, CA 90012<br><br>Complaint Filed:   March 12, 2018<br>Trial Date:   October 22, 2019 |

No. 2:18-cv-2015-R-KS

TANG DECL. ISO PLAINTIFF'S MOTION TO ADVANCE TRIAL DATE

1 | Clerical error of filing documents 178 and 179.

2 | Dated: May 29, 2019            /s/Yixin H. Tang

3 |                                Yixin H. Tang, Esq.

No. 2:18-cv-2015-R-KS                                      - 2 -

TANG DECL. ISO PLAINTIFF'S MOTION TO ADVANCE TRIAL DATE