UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEGUI CHEN, Ph.D., an individual,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL E. JUNG, Ph. D., an individual and CHARLES L. SAWYERS, M.D., an individual,<br><br>Defendants. | Case No. 2:18-CV-02015-RGK-KS<br><br>[~~PROPOSED~~] **JUDGMENT**<br><br>Honorable R. Gary Klausner<br><br>Courtroom: 850 (8th Fl.)<br>255 East Temple St.<br>Los Angeles, CA 90012<br>Trial Date: October 15, 2019 |

Having presided over trial in this matter and issued findings of fact and conclusions of law, the Court HEREBY ENTERS JUDGMENT in favor of Defendants Michael E. Jung and Charles L. Sawyers as follows:

1. Plaintiff Degui Chen's claim for inventorship of U.S. Patent No. 8,445,507 is dismissed with prejudice.

2. Plaintiff Degui Chen's claim for inventorship of U.S. Patent No. 8,802,689 is dismissed with prejudice.

3. Plaintiff Degui Chen's claim for inventorship of U.S. Patent No. 9,388,159 is dismissed with prejudice.

Dated: November 8, 2019

*[signature: Gary Klausner]*

The Honorable R. Gary Klausner
UNITED STATES DISTRICT JUDGE